**Order entered June 4, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00262-CV

## IN RE MICHAEL MARSHALL, Relator

**Original Proceeding from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause Nos. F10-12634-Y & F10-12635-Y**

## ORDER

Before Justices Osborne, Pedersen, III, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     LESLIE OSBORNE
        JUSTICE